# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY LEE KINNEY, | : | Civil No. 3:17-cv-1635 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 4th day of May, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 7, 16) to appoint counsel are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge