# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY LEE KINNEY, | : | Civil No. 3:17-cv-1635 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 12th day of June, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge